# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HASSIA VERPACKUNGSMASCHINEN**
**GMBH, IWKA PACKAGING USA, INC.,**

          **Plaintiffs,**

**-vs-**                                            **Case No. 6:07-cv-580-Orl-19DAB**

**COMPAK COMPANIES, LLC, ,**

          **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration of Third Party Defendant's Response to the undersigned's Order to Show Cause why the case should not be remanded for improvident removal (Doc. Nos. 11,12). As set forth in the Order to Show Cause, the asserted basis for federal jurisdiction in this matter is diversity, however a third-party defendant cannot remove a diversity claim under 28 U.S.C. § 1441(c). As Plaintiff has not chosen a federal forum, and no other party has a right to remove the case (Defendant is alleged to be a Florida corporation, and thus, could not remove the case as of right due to 28 U.S.C. § 1441(b)), the case is not properly before the Court and should be remanded for lack of jurisdiction, to state court. In its response to the Order to Show Cause, Third Party Defendant acknowledges as much, and moves for a remand, asking that no costs be imposed. A review of the docket sheet reveals no pleadings filed by any other party, and thus, presumptively no significant costs were incurred as a result of the improvident removal. As such, it is **respectfully recommended** that the matter be **remanded to state court,** without an award of costs. Counsel for

Third Party Defendant are **admonished** to be more mindful of the limits of federal court jurisdiction before filing removal papers in future cases.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 18, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy