**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HASSIA VERPACKUNGSMASCHINEN
GMBH, IWKA PACKAGING USA, INC.,

    Plaintiff,

vs.                                                CASE NO. 6:07-CV-580-ORL-19DAB

COMPAK COMPANIES, LLC,

    Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 13, filed April 18, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 13) is **ADOPTED and AFFIRMED.** This matter is hereby **REMANDED** to state court, without an award of fees.

**DONE AND ORDERED** at Orlando, Florida, this ___25th___ day of May, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Case 6:07-cv-00580-PCF-DAB   Document 14   Filed 05/25/07   Page 2 of 2 PageID 562

Counsel of Record